UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E.N.,

                    Petitioner,

       v.

SERGIO ALBARRAN, et al.,

                 Respondents.

No.  1:26-cv-00406-DC-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The District Judge has granted preliminary injunctive relief ordering petitioner's release from immigration detention and referring the matter to the undersigned magistrate judge.  ECF No. 10.

Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to show cause why the writ should not be granted by filing an answer/return.  See 28 U.S.C. § 2243.

////

////

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.    Respondents' answer/response to the § 2241 petition is due no later than 20 days from the date of this order.

2.    Petitioner's reply is due 14 days after being served with the answer.

3.    The Court having considered Petitioner's motion for administrative relief to proceed under pseudonym, and good cause appearing, the motion is hereby GRANTED:

    a.    The parties shall refer to Petitioner by "L.L." in all filings and public proceedings;

    b.    The parties shall redact all personally identifying information from all filings consistent with Federal Rule of Civil Procedure 5.2 and Local Rule 140, including:

       i.    Petitioner's true full name;

      ii.    A-number;

     iii.    Last names of any family members who share a last name with him;

     iv.    Number and street name of home addresses; and

      v.    Drivers' license number.

Dated:  February 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2